IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION

| | | |
|---|---|---|
| SANTOS GUEVARA,<br>    Plaintiff | § § § | |
| VS. | § § | CIVIL ACTION NO.: _____ |
| MAERSK, INC. and MAERSK LINES LIMITED,<br>    Defendants. | § § § | ADMIRALTY |

## PLAINTIFF'S ORIGINAL COMPLAINT

**TO THE HONORABLE JUDGE OF SAID COURT:**

**COMES NOW**, **SANTOS GUEVARA**, hereinafter referred to as Plaintiff, complaining of **MAERSK, INC. and MAERSK LINES LIMITED**, hereinafter referred to as Defendants, and for cause of action would respectfully show this Honorable Court as follows:

I.

This action is maintained under 33. U.S.C.§905(b) and the general maritime law of the United States of America.

II.

Santos Guevara is a resident of Channelview, Texas.

III.

Defendant, Maersk, Inc., is a New York Corporation doing business in Texas and for all purposes herein, may be served with process by serving its Registered Agent, CT Corporation System, 350 N. St. Paul St., Suite 2900, Dallas, Texas 75201-4234; Maersk Lines Limited, Defendant Maersk Lines Limited is a Delaware Corporation doing business in Texas and for all purposes herein, may be served with process by serving its Registered Agent, CT Corporation System, 350 N. St. Paul St., Suite 2900, Dallas, Texas 75201-4234

*Plaintiff's Original Complaint*                                                                                       1

IV.

At all times material hereto, the *"MAERSK TENNESEE"* was a vessel of owned and operated by Defendants.

V.

On or about the 21st day of November, 2009, Plaintiff was working on board the *"MAERSK TENNESEE"* in Galveston, Texas. While in the course and scope of his employment, he suffered permanent personal injuries to his body. Such injury occurred as a proximate result of the unsafe condition of the *"MAERSK TENNESEE"* and its appurtenances. In addition, said accident was caused in whole or in part, as a proximate result of negligence on the part of Defendant, their agents, servants and/or employees.

VI.

As a result of said accident, Plaintiff sustained severe injury to his person and has sustained and will sustain in the future the following damages: physical pain; mental anguish; a loss of earnings in the past; loss of future earning capacity; medical, hospital and pharmaceutical expenses; loss of life's pleasures; loss of physical capacity; disfigurement; and loss of ability to perform household services. Furthermore, he has incurred in the past and will incur in the future medical, hospital, pharmaceutical and other expenses in connection with said injuries. By reason of the foregoing, Plaintiff would show that he is entitled to judgment in a sum in excess of the minimum jurisdictional requirements of the Court, which the Plaintiff has suffered and in reasonable probability will suffer in the future.

VII.

Plaintiff demands a jury trial.

**WHEREFORE, PREMISES CONSIDERED**, Plaintiff prays that the Defendants, MAERSK, INC. and MAERSK LINES LIMITED, be duly cited in terms of law to appear and answer herein, and that upon final trial hereof, Plaintiff have judgment against said Defendants for the full amount of his damages in a sum in excess of the minimum jurisdictional limits of the Court, with pre-judgment and post-judgment interest thereon at the highest legal rate, for costs of Court in this behalf expended, and for such other and further relief, special and general, at law or in equity, to which Plaintiff may show himself to be justly entitled.

Respectfully submitted,

**HAROLD EISENMAN, P.C.**

By: /s/ Harold Eisenman
Harold Eisenman
State Bar No. 06503500
Federal ID No. 1346
2603 Augusta, Suite 102
Houston, Texas 77057
(713) 840-7180
(713) 840-9620 - Fax
**ATTORNEY FOR PLAINTIFF**